UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-4682-GW-KSx | Date | June 10, 2024 |
|---|---|---|---|
| Title | *MSIG Mingtai Insurance Company, Ltd. v. WAC Express, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER**

On May 31, 2024, Plaintiff MSIG Mingtai Insurance Company, LTD ("MSIG," a purported Taiwanese corporation), filed a complaint (ECF No. 1) against Defendant WAC Express, Inc. concerning lost and/or stolen cargo. The last page of the complaint is executed as follows: "CHUN WEI INTERNATIONAL LAW LTD ["Chun Wei"] for and on behalf of MSIG MINGTAl INSURANCE COMPANY, LTD. by Jim Cheng" whose address is listed as "Room6-2(B), No. 6 Minquan 2nd Rd., Kaohsiung, Taiwan." On the same day, the Clerk's Office issued a notice of deficiency because "Per local rule 83-2.2.2 Only individuals may represent themselves pro se." ECF No. 3.

A corporation (or similar business entity) cannot appear in federal court pro se (*i.e.* representing itself). *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *see also* C.D. Cal. L.R. 83-2.2.2. Likewise, only a licensed attorney can appear for a corporation and not a non-lawyer corporate officer or other individual. *See Rowland*, 506 U.S. at 202.

Here, MSIG cannot lawfully file its own complaint; nor can Chun Wei. Further, there is no indication that Jim Cheng is a licensed attorney. Thus, it appears that the complaint in this case has been improperly filed. Therefore, the Court sets an Order to Show Cause ("OSC") hearing for July 11, 2024 at 8:30 a.m. Plaintiff shall have its complaint filed by a licensed attorney by July 9, 2024. If the Plaintiff fails to do, the Court will dismiss this action.

|  | : |
|---|---|
| Initials of Preparer | JG |